UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GHANSHY AMBHAI PATEL and ALKABEN PATEL, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) NO. 2:20-cv-00066 |
| v. | ) ) ) |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The Plaintiffs have filed a Notice of Voluntary Dismissal Without Prejudice (Doc. No. 20) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE